UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ARTURO VASQUEZ-RAMOS,<br><br>                    Petitioner,<br><br>     v.<br><br>NATHALIE R. ASHER,<br><br>                    Respondent. | CASE NO. C14-1465-JLR-MAT<br><br>REPORT AND RECOMMENDATION |

Proceeding through counsel, petitioner filed a habeas corpus petition pursuant to 28 U.S.C. § 2241.  (Dkt. 1.)  On October 30, 2014, respondent moved to dismiss.  (Dkt. 6.) Petitioner then moved to voluntarily dismiss the action.  (Dkt. 9.)  The Court recommends that petitioner's motion be GRANTED (Dkt. 9), and this action be voluntarily dismissed without prejudice.  *See* Fed. R. Civ. P. 41(a)(2).  The Court further recommends that respondent's motion to dismiss (Dkt. 6) be DENIED as moot.  A proposed Order accompanies this Report and Recommendation.

DATED this <u>2nd</u> day of December, 2014.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 1