UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LUIS ARTURO VASQUEZ-RAMOS,

                        Petitioner,

        v.

NATHALIE R. ASHER,

                        Respondent.

CASE NO. C14-1465-JLR-MAT

ORDER OF DISMISSAL

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1.      The Court adopts the Report and Recommendation;

2.      Petitioner's motion for voluntary dismissal (Dkt. 9) is GRANTED, and this action is voluntarily DISMISSED without prejudice;

3.      Respondent's motion to dismiss (Dkt. 6) is DENIED as moot; and

4.      The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 2nd day of December, 2014.

        JAMES L. ROBART
        United States District Judge

ORDER OF DISMISSAL
PAGE - 1